JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORENZO LORTA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>STEWARD SHERMAN,<br><br>　　　　　Respondent. | No. CV 18-05757-RSWL (JDE)<br><br>JUDGMENT |

　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for failure to exhaust claims in state court,

　　IT IS ADJUDGED that that the petition is dismissed without prejudice.

Dated: 10/15/2018

s/ RONALD S.W. LEW
RONALD S. W. LEW
United States District Judge
